UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| In the matter of | Case No. **08-11155** |
| **JASON HUTTO** | Chapter 7 |
| Debtor(s) | Judge **J. Vincent Aug** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$120.25 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name and Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| PORTFOLIO ACQUISITIONS, LLC<br>PO Box 105127<br>Atlanta, GA 30348 | 2 | $120.25 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $0.00 |
| Total Unclaimed Dividends Over $25.00 | | $120.25 |

Dated:    2/2/2010              /s/ GEORGE LEICHT

George Leicht

cc: U.S. Trustee